[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10895

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 12, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-62225-CV-JIC

DRESDNER BANK AG,
Dresdner Bank AG in Hamburg, et al.,

                                        Plaintiffs-Appellees,

BLOHM AND VOSS GMBH, et al.,

                                        Intervenors-Plaintiffs,

MONACO TELECOM INTERNATIONAL,

                                        Intervenor-Plaintiff-Appellant,

versus

M/V OLYMPIA VOYAGER, a 157.90 meter Blohm
Voss Gmbh motor vessel, Hull No. 961, Greek official
number 10750, her engines, tackle equipment, rigging,
dinghies, furniture, appurtenances, etc., in rem, and
Olympic World Cruises, Inc. Her owner, in personam,

                                        Defendant.

Appeal from the United States District Court
for the Southern District of Florida

**(January 12, 2006)**

Before DUBINA, MARCUS and COX, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's grant of summary judgment against Monaco Telecom International, which provided electronic and telephone equipment to the M/V Olympia Voyager.

After reading the record, having the benefit of oral argument and reading the parties' briefs, we affirm the district court's grant of summary judgment in favor of the foreign banks.

**AFFIRMED.**